UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN (MADISON)

| | |
|---|---|
| ERIKA SCHUBERT,<br>          Plaintiff, | CASE NO. 3:21-cv-00380-slc |
| vs. | Magistrate Judge Stephen L. Crocker |
| CHRYSLER CAPITAL LLC; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC<br>          Defendants. | |

**TRANS UNION LLC'S
DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

I, the undersigned counsel of record for Trans Union LLC, make the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation?

   YES **XX**          NO _____

If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the named party:

   Parent Corporation/Affiliate Name:  **See below**
   Relationship with Named Party:  **See below**

TransUnion LLC discloses that the following parent corporations and publicly held companies own 10% or more of its stock: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc.  TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion.  TransUnion is a publicly traded entity with the ticker symbol TRU.  Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity with the ticker symbol TROW, own more than 10 percent of TransUnion's stock.

2. Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?

   YES **XX**          NO _____

If the answer is YES, list the identity of such corporation and the nature of the financial interest to the named party:

TransUnion LLC discloses that the following parent corporations and publicly held companies own 10% or more of its stock: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc.  TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion.  TransUnion is a publicly traded entity with the ticker symbol TRU.  Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity with the ticker symbol TROW, own more than 10 percent of TransUnion's stock.

Date:  July 2, 2021

Respectfully submitted,

*s/ Kari A. Morrigan*
Kari A. Morrigan, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400, Ext. 144
Fax:  317-363-2257
E-Mail:  kmorrigan@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **2nd day of July, 2021**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Joseph M. Panvini, Esq. Joe.panvini@mccarthylawyer.com | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **2nd day of July, 2021**, properly addressed as follows:

| None. | |
|---|---|

*s/ Kari A. Morrigan*
Kari A. Morrigan, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400, Ext. 144
Fax: 317-363-2257
E-Mail: kmorrigan@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*